UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. BOWMAN, LAURA RIECH, STEVEN RAWSON,<br><br>Defendants. | No. 19-cv-00806-JAM-JDP (PS)<br><br><br><br>ORDER |

On May 18, 2021, the magistrate judge filed findings and recommendations herein which were served on the plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on May 28, 2021, and they were considered by the undersigned.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 18, 2021, are adopted;

2. The first amended complaint is dismissed without leave to amend for failure to state a claim; and

3. The Clerk of Court is directed to close the case.

DATED: July 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE